

**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

November 17, 2011

*Via ECF*
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: Pushpa Sharma and Ramesh Sharma v. Doshi Diagnostics Imaging Services, P.C., et al.
Docket No.: CV-10-2571
Our File No.: 938088

Dear Honorable Magistrate Azrack:

We are the attorneys representing the plaintiffs in the above captioned matter. We submit this status report at the direction of the Court.

We have received the Letters of Administration and Order Admitting Will to Probate and Appointing Personal Representative from the Circuit Court for Orange County, Florida Probate Division. These letters, ordered on October 31, 2011 by Circuit Judge Theotis Bronson, effectively appoint plaintiff, Ramesh Sharma, as the single personal representative of the estate of plaintiff's decedent, Pushpa Sharma. A copy of said letters are enclosed herewith.

Accordingly, plaintiff intends to file a Supplemental Summons and Amended Complaint with an amended caption to reflect the appointment of an estate representative and to include a cause of action against the defendants' sounding in wrongful death. Plaintiff respectfully seeks this Honorable Court's guidance on whether plaintiff should seek the amendments by stipulation between the parties or by formal motion.

Thank you for your attention to this matter.

Respectfully submitted,

Raymond C. Silverman

RCS/amc

cc: Corey Wishner, Esq. (*via ECF*)
Robert Silverson, Esq. (*via ECF*)
Rachel Poritz, Esq. (*via ECF*)

IN THE CIRCUIT COURT FOR ORANGE COUNTY,
FLORIDA                            PROBATE DIVISION

IN RE: ESTATE OF

PUSHPA SHARMA

Deceased.

File No. 2011-CP-2172-O

Division PROBATE

# LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, PUSHPA SHARMA, a resident of Orange County, Florida, died on August 12, 2011, owning assets in the State of Florida, and

WHEREAS, RAMESH SHARMA has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare RAMESH SHARMA duly qualified under the laws of the State of Florida to act as personal representative of the estate of PUSHPA SHARMA deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

**ORDERED** on October_____, 2011.

OCT 3 1 2011

THEOTIS BRONSON
_____
Circuit Judge

Copies to:

Lee Karina Dani, Korshak & Associates, P.A. 8680 Commodity Circle, Suite 200B, Orlando, Florida 32819, Attorney for the Estate of Pushpa Sharma

**IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA      PROBATE DIVISION**

IN RE: ESTATE OF

PUSHPA SHARMA

Deceased.

File No. 2011-CP-2172-O
Division PROBATE

## ORDER ADMITTING WILL TO PROBATE AND APPOINTING PERSONAL REPRESENTATIVE

The instrument presented to this court as a copy of last will of PUSHPA SHARMA, deceased, having been self-proven, as being the last will of the decedent, and no objection having been made to its probate, and the court finding that the decedent died on August 12, 2011, and that RAMESH SHARMA is entitled and qualified to be personal representatives, it is

ADJUDGED that the will dated February 9, 2010 and attested by Irene Korshak and Minerva Rodriguez as subscribing and attesting witnesses, is admitted to probate according to law as the last will of the decedent, and it is further

ADJUDGED that RAMESH SHARMA is appointed personal representatives of the estate of the decedent, and that upon taking the prescribed oaths, filing designations and acceptances of resident agent, and entering into bond in the sum of $0.00, letters of administration shall be issued.

ORDERED on October _____, 2011.

OCT 31 2011

THEOTIS BRONSON
Circuit Judge

Copies to:

Lee Karina Dani, Korshak & Associates, P.A. 8680 Commodity Circle, Suite 200B, Orlando, Florida 32819, Attorney for the Estate of Pushpa Sharma